UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERIK REYES TORRES,
    a/k/a "Eric Reyes,"

                Defendant.

**ORDER**

26 Cr. __ (PGG)

25 Mag. 3724

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place on **June 5, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
       May 28, 2026

                SO ORDERED

                Paul G. Gardephe
                United States District Judge