UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERIK REYES TORRES,
    a/k/a "Eric Reyes,"

               Defendant.

**ORDER**

26 Cr. __ (PGG)

25 Mag. 3724

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for June 5, 2026, at 2:00 p.m., is adjourned to

**June 5, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 3, 2026

               SO ORDERED

               Paul G. Gardephe
               United States District Judge